IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**EMIGDIO VELASQUEZ-SARGENTO,**

    **Defendant.**                                 **No. 05-CR-30147-DRH**

## ORDER

**HERNDON, District Judge:**

        This matter is before the Court on Defendant's Motion to Continue Trial Setting. (Doc. 12.) In his Motion, Defendant states that the parties have taken "substantive steps towards reaching a plea agreement," but that any agreement is not likely to be made by the time of trial, scheduled for November 21, 2005. (*Id*. at ¶ 2.) Additionally, the Motion asserts that counsel for Defendant will need time to review the proposed plea agreement recently submitted by the Government. (*Id*. at ¶ 3.) The Government does not object to Defendant's Motion. (*Id*. at ¶ 4.)

        The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion to Continue. (Doc. 12.) The Court **CONTINUES** the jury trial scheduled for Monday, November 21, 2005 at 9:00 a.m. to **Tuesday, January 17,**

1

**2006, at 9:00 a.m.** The time from the date the original motion was filed, November 17, 2005, until the date to which the trial is rescheduled, January 17, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

**Signed this 21st day of November, 2005.**

/s/           David RHerndon
**United States District Judge**